
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-65-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| KUANA NICOLE VICK | ) | |

The United States Attorney charges that:

### COUNT ONE

Beginning on or about May 2, 2017, and continuing until on or about June 6, 2017, in the Eastern District of North Carolina, KUANA NICOLE VICK, the defendant herein, being an employee of First Citizens Bank, Fort Bragg, North Carolina, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, knowingly embezzled, abstracted, purloined and willfully misapplied money in excess of $1,000 that was intrusted to the custody and care of First Citizens Bank, in violation of Title 18, United States Code, Section 656.

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 981(a)(1)(C) (as made applicable by Title 18, United States Code, Section 2461(c)), that all the defendant's interest in the property specified herein is subject to forfeiture.

As a result of the foregoing offense in Count 1 of the Criminal Information, the defendant shall forfeit to the United States any and all property, real or personal, constituting, or derived from, any proceeds the said defendants obtained directly or indirectly as a result of the said offense, or any property traceable to such property. The property to be forfeited includes, but is not limited to, the gross proceeds of the offense in the amount of $11,000.00.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

This the 6 day of March, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

*/s/ Jake D. Pugh*
JAKE D. PUGH
Assistant U.S. Attorney
Criminal Division

3

Case 5:18-cr-00065-FL   Document 5   Filed 03/06/18   Page 3 of 3